Form B21 (Official Form 21) - (12/07)                                                                    2007 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re (set forth here all names including married, maiden, and trade names used by the debtor within last 8 years): **B and H Flowers, Inc.**, Debtor | FOR COURT USE ONLY |
|---|---|
| Address: **3615 Foothill Road Carpinteria, CA 93013** | Case No.: <br><br> Chapter: **11** |
| Last four digits of Social Security Number(s): <br><br> Employer Tax-Identification (EIN) No(s).*(if any):* **8824** | **STATEMENT OF SOCIAL-SECURITY NUMBER(S) (OR OTHER INDIVIDUAL TAXPAYER-IDENTIFICATION NUMBER (ITIN))** |

1. Name of Debtor (enter Last, First, Middle):  **B and H Flowers, Inc.**

   *(Check the appropriate box and, if applicable, provide the required information.)*

   ❑ Debtor has a Social-Security Number and it is: _____ - _____ - _____
      *(if more than one, state all. )*

   ☑ Debtor does not have a Social-Security Number but has an Individual Taxpayer-Identification Number (ITIN), and it is:
      **77-0138824** _____.
      *(if more than one, state all. )*

   ❑ Debtor does not have either a Social-Security Number or an Individual Taxpayer-Identification Number (ITIN).

2. Name of Joint Debtor (enter Last, First, Middle): _____

   *(Check the appropriate box and, if applicable, provide the required information.)*

   ❑ Joint Debtor has a Social-Security Number and it is: _____ - _____ - _____
      *(if more than one, state all. )*

   ❑ Debtor does not have a Social-Security Number but has an Individual Taxpayer-Identification Number (ITIN), and it is: _____.
      *(if more than one, state all. )*

   ❑ Joint Debtor does not have either a Social-Security Number or an Individual Taxpayer-Identification Number (ITIN).

I declare under penalty of perjury that the foregoing is true and correct.

_____        6/3/2011
**Hans Brand**                                Date
Signature of Debtor

**\*Joint debtors must provide information for both spouses.**
**Penalty for making a false statement: Fine of up to $250,000 or up to 5 years imprisonment or both. 18 U.S.C.**
**§§ 152 and 3571.**

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**B and H Flowers, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|

| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **8824** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
|---|---|

| Street Address of Debtor (No. & Street, City, and State):<br>**3615 Foothill Road**<br>**Carpinteria, CA**<br>ZIP CODE **93013** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
|---|---|
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 ( *amount subject to adjustment on 4/01/13 and every three years thereafter*).

**Check all applicable boxes**
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s) | FORM B1, Page 2 |
|---|---|---|
| *(This page must be completed and filed in every case)* | B and H Flowers, Inc. | |

<table>
<tr><td colspan="3" align="center"><b>Prior Bankruptcy Cases Filed Within Last 8 Years</b> (If more than two, attach additional sheet)</td></tr>
<tr><td>Location<br>Where Filed:     NONE</td><td>Case Number:</td><td>Date Filed:</td></tr>
<tr><td>Location<br>Where Filed:</td><td>Case Number:</td><td>Date Filed:</td></tr>
</table>

<table>
<tr><td colspan="3" align="center"><b>Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor</b> (If more than one, attach additional sheet)</td></tr>
<tr><td>Name of Debtor:<br>NONE</td><td>Case Number:</td><td>Date Filed:</td></tr>
<tr><td>District:</td><td>Relationship:</td><td>Judge:</td></tr>
</table>

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☑  Exhibit A is attached and made a part of this petition. | X  **Not Applicable** <br> _____ <br>      Signature of Attorney for Debtor(s)      Date |

| **Exhibit C** | **Exhibit D** |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? | (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☐  Yes, and Exhibit C is attached and made a part of this petition. <br> ☑  No | ☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition. <br> If this is a joint petition: <br><br> ☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s) | FORM B1, Page 3 |
|---|---|---|
| *(This page must be completed and filed in every case)* | B and H Flowers, Inc. | |

## Signatures

| | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only **one** box.) |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). | ☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X **Not Applicable** | X **Not Applicable** |
| Signature of Debtor | (Signature of Foreign Representative) |
| X **Not Applicable** | |
| Signature of Joint Debtor | (Printed Name of Foreign Representative) |
| Telephone Number (If not represented by attorney) | |
| Date | Date |

| | |
|---|---|
| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
| X _____ | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. |
| Signature of Attorney for Debtor(s) | |
| **Eric W. Burkhardt** | |
| Printed Name of Attorney for Debtor(s) | |
| **Beall & Burkhardt** | |
| Firm Name | |
| **1114 State Street Suite 200** | **Not Applicable** |
| Address | Printed Name and title, if any, of Bankruptcy Petition Preparer |
| **Santa Barbara, CA 93101** | |
| **805 966-6774**          **805 963-5988** | Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| Telephone Number | |
| 6/3/11          **132812** | |
| Date          Bar Number | Address |
| *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | |
| | X **Not Applicable** |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. | Date |
| | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above. |
| The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. |
| X _____ | |
| Signature of Authorized Individual | If more than one person prepared this document, attach to the appropriate official form for each person. |
| **Hans Brand** | |
| Printed Name of Authorized Individual | *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Chief Executive Officer** | |
| Title of Authorized Individual | |
| 6/3/2011 | |
| Date | |

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Eric W. Burkhardt**<br>**Beall & Burkhardt**<br>**1114 State Street**<br>**Suite 200**<br>**Santa Barbara, CA 93101**<br>Phone: **805 966-6774**   Fax: **805 963-5988**<br>California State Bar Number: **132812**<br>☐ *Attorney for:* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>**B and H Flowers, Inc.**<br><br><div align="right">Debtor.</div> | CASE NO.:<br><br>CHAPTER:   **11**<br><br>ADV. NO.: |
|---|---|

## ELECTRONIC FILING DECLARATION
## (CORPORATION/PARTNERSHIP)

| | | |
|---|---|---|
| ☑ Petition, statement of affairs, schedules or lists | Date Filed: | **06/03/2011** |
| ☐ Amendments to petition, statement of affairs, schedules or lists | Date Filed: | |
| ☑ Other: **Other Initial Filing Documents** | Date Filed: | **06/03/2011** |

## PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____     _6/3/2011_____
*Signature of Authorized Signatory of Filing Party*              Date

**Hans Brand**
_____
*Printed Name of Authorized Signatory of Filing Party*

**Chief Executive Officer**
_____
*Title of Authorized Signatory of Filing Party*

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____    6/3/11
Signature of Attorney for Filing Party          Date

**Eric W. Burkhardt**
_____
Printed Name of Attorney for Filing Party

Form B1, Exh. A - (Rev. 3/98)

1998 USBC, Central District of California

# Exhibit "A"

[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]

In re:  **B and H Flowers, Inc.**         **Other**                    Case No.
        **8824**                                                    Chapter      **11**

# Exhibit "A" to Voluntary Petition

1.     If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is .

2.     The following financial data is the latest available information and refers to debtor's condition on .

a.     Total assets                                        $  _____

b.     Total debts (including debts listed in 2.c., below)  $  _____

                                                                        Approximate
                                                                        number of
                                                                        holders

c.     Debt securities held by more than 500 holders.

            secured            unsecured            subordinated    _____    _____

d.     Number of shares of preferred stock                          _____    _____

e.     Number of shares of common stock                            _____    _____

       Comments, if any:

3.     Brief description of debtor's business:

       **7**

4.     List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

## United States Bankruptcy Court

### Central District of California

In re:                                                                              Case No. _____

                                                                                    Chapter    11

    **B and H Flowers, Inc.**


# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION


    I, **Hans Brand**, declare under penalty of perjury that I am the **Chief Executive Officer** of **B and H Flowers, Inc.,** a **California** Corporation and that on **06/03/2011** the following resolution was duly adopted by the  of this Corporation:


    "Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

    Be It Therefore Resolved, that **Hans Brand, Chief Executive Officer** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and


    Be It Further Resolved, that **Hans Brand, Chief Executive Officer** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and


    Be It Further Resolved, that **Hans Brand, Chief Executive Officer** of this Corporation, is authorized and directed to employ **Eric W. Burkhardt**, attorney and the law firm of **Beall & Burkhardt** to represent the Corporation in such bankruptcy case."


Executed on: _6/3/2011_                                Signed: _____

                                                                        Hans Brand

Form B4 (Official Form 4) - (12/07)                                                                          2007 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| CENTRAL DISTRICT OF CALIFORNIA |

In re:  **B and H Flowers, Inc.**

CHAPTER:  **11**

Debtor(s).

CASE NO.:

<div align="center">

## Form 4.

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

</div>

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
| --- | --- | --- | --- | --- |
| **Maveridge International**<br>**Groenveldsdijk 44**<br>**Sint Maarten, The Netherlands** | | | | **$1,596,106.51** |
| **Onings BVS**<br>**2685 DJ Poeldijk**<br>**P.O. Box 52**<br>**Poeldijk, The Netherlands** | | | | **$1,042,334.73** |
| **Netherland Bulb Company**<br>**13 McFadden Road**<br>**Easton, PA 18045** | | | | **$1,020,023.86** |
| **Flamingo Holland, Inc.**<br>**1250 Avenida Chelsea**<br>**Vista, CA 92083** | | | | **$823,542.10** |
| **Nord Lommerse Flower Bulb Group**<br>**Grasweg 28A**<br>**1761 LH Anna Paulowna**<br>**Anna Paulowna, The Netherlands** | | | | **$603,599.67** |

Form B4 (Official Form 4) -  Continued (12/07)                                    2007 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:   B and H Flowers, Inc. <br><br> Debtor(s). | CHAPTER:   11 <br> CASE NO.: |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1) <br><br> Name of creditor and complete mailing address including zip code | (2) <br><br> Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) <br><br> Nature of claim (trade debt, bank loan, government contract, etc.) | (4) <br><br> Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) <br><br> Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| CJ Ruigrok & Zonen BV <br> Zilkerbinnenweg 58 <br> 2191 AD <br> De Zilk, Holland | | | | $265,100.36 |
| Zabo Plant <br> 555 Davidson Rpad <br> Pittsburgh, PA 15239 | | | | $262,069.58 |
| Buynak Law Firm <br> 820 State Street <br> Santa Barbara, CA 93101 | | | | $154,813.27 |
| Bot Flower Bulbs <br> Gebr. Bot BV <br> Postbus 75-1619 ZH <br> Andijjk, Holland | | | | $129,104.09 |
| Onings Holland, Inc. <br> P.O. Box 3227 <br> Paso Robles, CA 93447 | | | | $104,381.79 |
| Crop Production Services <br> 1015 East Wooley Road <br> Oxnard, CA 93030 | | | | $72,085.28 |

Form B4 (Official Form 4) - Continued (12/07)                                    2007 USBC, Central District of California

|  | UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|---|
| In re:    B and H Flowers, Inc. | | |
| | Debtor(s). | CHAPTER:    11 |
| | | CASE NO.: |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Vista Energy Marketing, LP Attn: Accounts Payable 3200 Southwest Freeway S Houston, TX 77027 | | | | $42,058.66 |
| Florist De Kwakel BV Postbus 3 1430 AA Aalsmeer The Netherlands | | | | $31,917.24 |
| Ventura Rental Center 3072 Telegraph Road Ventura, CA 93003 | | | | $24,971.91 |
| Blair Packaging 106 Via Candelaria Trabuco Canyon, CA 92679 | | | | $23,856.10 |
| FloraWest 2770 La Mirada Drive, Suite E Vista, CA 92081 | | | | $23,818.27 |
| Robert Mann Packaging, Inc. Department 34379 P.O. Box 39000 San Francisco, CA 94139 | | | | $23,102.38 |

Form B4 (Official Form 4) - Continued (12/07)                                    2007 USBC, Central District of California

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:   B and H Flowers, Inc. | CHAPTER:    11 |
|---|---|
| Debtor(s). | CASE NO.: |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| Brothers United, Inc.<br>P.O. Box 8205<br>Spokane, WA 99203-0205 | | | | $16,758.75 |
| Marinovich Cold Storage, Inc.<br>P.O. Box 1089<br>Watsonville, CA  95007 | | | | $16,200.00 |
| Koen Pack<br>C/o First Capital<br>P.O. Box 643382<br>Cincinati, OH 45264-3382 | | | | $16,095.98 |

Form B4 (Official Form 4) - Continued (12/07)                                    2007 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT |
| CENTRAL DISTRICT OF CALIFORNIA |

In re:   **B and H Flowers, Inc.**                      CHAPTER:   **11**

                                           Debtor(s).   CASE NO.:

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |

### Declaration Under Penalty of Perjury
### on Behalf of a Corporation or Partnership

I, Hans Brand Chief Executive Officer of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  6/3/2011

                                    **Hans Brand ,Chief Executive Officer**
                                    Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2**
**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

_____

_____

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

_____

_____

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

_____

_____

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

_____

_____

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Santa Barbara_ , California. _____ CEO

Debtor

Dated _6/3/2011_ _____

_____

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

_January 2009_                                                                          **F 1015-2.1**

Verification of Creditor Mailing List - (Rev. 10/05)                    2003 USBC, Central District of California

## MASTER MAILING LIST
### Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name        **Eric W. Burkhardt**
Address     **Beall & Burkhardt**
            **1114 State Street**
            **Suite 200**
            **Santa Barbara, CA 93101**
Telephone   **805 966-6774**

☑ Attorney for Debtor(s)
☐ Debtor In Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names, used by Debtor(s) within last 8 years:<br><br>**B and H Flowers, Inc.** | Case No.: |
| | Chapter:        11 |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _____20_____ sheet(s) is complete, correct , and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: 6/3/2011

Hans Brand ,Chief Executive Officer

Eric W. Burkhardt, Attorney *(if applicable)*

B Wall Flowers, Inc
3615 Foothill Road
Carpinteria, CA 93014

Eric W. Burkhardt
Beall & Burkhardt
1114 State Street
Suite 200
Santa Barbara, CA 93101

A ROU COMPANY
3840 OCEANIC DRIVE, SUITE 512
OCEANSIDE, CA  92056

A.L. LEASE CO. INC.
P. O. BOX 1600
WATSONVILLE, CA  95077-1600

AAA PROPANE SERVICE
621 MAULHARDT AVENUE
OXNARD, CA  93030

AG ENTERPRISES
3950 VIA REAL #72
CARPINTERIA, CA  93013

ALL AROUND IRRIGATION
P.O. BOX 764
CARPINTERIA, CA  93014

ALTA LIFT
QUINN COMPANY
DEPT 9665
LOS ANGELES, CA  90084-9665

AMERICANA FARMS
2820 LA MIRADA DRIVE, SUITE D
VISTA, CA  92081

APPLIED INDUSTRIAL TECH-CA, LLC
PO BOX 100538
PASEDENA, CA  91189-0538

AQUA FLOW
30 SOUTH LA PATERA,  UNIT 10
GOLETA, CA  93117

ARMELLINI EXPRESS LINES, INC.
P.O. BOX 678
PALM CITY, FL  93491

ARNOLD'S TRUCKING
13232 18TH STREET
CHINO, CA  91710

ARROWHEAD
P.O. BOX 856158
LOUISVILLE, KY  40285-6158

AVISTA
140 BOSSTICK BOULEVARD
SAN MARCOS, CA  92069

AXERRIO INTERNATIONAL
1746 F  SOUTH VICTORIA AVENUE, #430
VENTURA, CA  93003

B2B INDUSTRIAL PACKAGING
P.O. BOX 3296
GLEN ELLYN, IL  60138

Ball Seed
75 Remittance Drive, Suite 1114
Chicago, IL 60185

BERTI SPECHLER SARMIENTO MCKAY & CO
1933 CLIFF DRIVE, SUITE 26
SANTA BARBARA, CA  93109

BILL DORAN COMPANY
619 WEST JEFFERSON STREET
ROCKFORD, IL  61103

Blair Packaging
106 Via Candelaria
Trabuco Canyon, CA 92679

BLGG AGROXPERTUS
POSTBUS 115
NL 6860 AC
OOSTERBEEK, THE NETHERLANDS

BLUM & SONS ELECTRIC, INC.
606 LINDEN AVENUE
CARPINTERIA, CA  93013

Bot Flower Bulbs
Gebr. Bot BV
Postbus 75-1619 ZH
Andijjk, Holland

Brand Partnership
3615 Foothill Road
Carpinteria, CA 93013

Brothers United, Inc.
P.O. Box 8205
Spokane, WA 99203-0205

BUENA TOOL COMPANY
433 LAGUNA STREET
SANTA BARBARA, CA  93101

Buynak Law Firm
820 State Street
Santa Barbara, CA 93101

C & F FLOWER GROWERS
2316 CHANNEL DRIVE, #D
VENTURA, CA  93003

CALIFLORA SHIPPERS, INC.
440 LOGUE AVENUE
MOUNTAIN VIEW, CA 94043

CAL-COAST MACHINERY, INC.
P.O. BOX 4450
CAROL STREAM, IL 60197

COASTAL COPY
350 S KELLOGG AVENUE, SUITE S
GOLETA, CA 93117

COASTAL NURSERY
117 RANCHO ROAD
WATSONVILLE, CA 95076

CALIFORNIA PACKAGING
845 NORTH EUCLID AVENUE
ONTARIO, CA 91752

CALIFORNIA STATE DISBURSEMENT UNIT
P.O. BOX 989067
WEST SACRAMENTO, CA 95798

CALLACO
1260 HIGHWAY 1
MOSS LANDING, CA 95039

Calmex Wholesale Growers & Shippers
2680 La Mirada Drive
Vista, CA 92081

CAMFLOR
P.O. BOX 387
WATSONVILLE, CA 95077

CARPINTERIA POWER EQUIPMENT
4621 CARPINTERIA AVENUE
CARPINTERA, CA  93013

CARPINTERIA VALLEY LUMBER
915 ELM AVENUE
CARPINTERA, CA  93013

Casitas Gardens, Inc.
P.O. Box 1025
Carpinteria, CA 93014

CENTRAL COAST IMAGING SOLUTIONS
2387 PORTOLA ROAD, SUITE C
VENTURA, CA  93003

CHRYSAL USA
3063 N.W. 107TH AVENUE
MIAMI, FL  33172

CJ Ruigrok & Zonen BV
Zilkerbinnenweg 58
2191 AD
De Zilk, Holland

COAST AUTO PARTS
901-C LINDEN AVENUE
CARPINTERIA, CA  93013

COASTAL EXPRESS, INC.
2680 LA MIRADA DRIVE
VISTA, CA  92081

COASTAL FLORAL OF OXNARD, INC.
2451 EASTMAN AVENUE, SUITE 10
OXNARD, CA  93030

COX COMMUNICATIONS
P.O. BOX 79172
PHOENIX, AZ  85062-9172

CREDIT MANAGEMENT ASSOC.
P.O. BOX 7740
BURBANK, CA  91510-7740

CROCKER REFRIGERATION, INC.
P.O. BOX 4548
SANTA BARBARA, CA  93140

CROP PRODUCTION SERVICES
5 LAKEVIEW ROAD
WATSONVILLE, CA  95076

Crop Production Services
1015 East Wooley Road
Oxnard, CA 93030

D & G SANITATION
P.O. BOX 710
FREEDOM, CA  95019

D & M WHOLESALE
3208 LA MIRADA DRIVE
SAN MARCOS, CA  92078

DATA FLOW BUSINESS SYSTEMS
540 WORK STREET, SUITE E
SALINAS, CA  93906

DECO WRAPS
6000 N.W. 97 AVENUE, SUITE 3-4
MIAMI, FL 33178

Dell Business Credit
Payment Processing Center
P.O. Box 5275
Carol Stream, IL 60197-5275

Donahue Transportation Services, Co
6551 Ventura Boulevard
Ventura, CA 93003

DRAMM & ECHTER
1150 QUAIL GARDENS DRIVE
ENCINITAS, CA 92024

ERNESTINA VAZQUEZ
3725 ALMOND DRIVE
OXNARD, CA 93036

ETHYLENE CONTROL, INC.
P.O. BOX 571
SELMA, CA 93662

EVER-BLOOM
4701 FOOTHILL ROAD
CARPINTERIA, CA 93013

FAMOUS SOFTWARE
8080 NORTH PALM AVENUE, SUITE 210
FRESNO, CA 93711

FARMER BROS, CO.
P.O. BOX 70705
CITY OF INDUSTRY, CA 91716

FARMERS' WEST, INC.
P.O. BOX 600
CARPINTERIA, CA 93013

FASPRINT
P.O. BOX 1286
WINONA, MN  55987

FIRST ALARM
1111 ESTATES DRIVE
APTOS, CA  95003

FISHER FARM
P.O. BOX 228
LOMPOC, CA  93438

Flamingo Holland, Inc.
1250 Avenida Chelsea
Vista, CA 92083

FLEETWOOD-FIBRE
15250 DON JULIAN ROAD
CITY OF INDUSTRY, CA 91745

FLORABUNDANCE, INC.
P.O. BOX 1252
CARPINTERIA, CA  93014

FLORALIFE
DIVISION OF SMITHERS-OASIS
DEPARTMENT  AT 952870
ATLANTA, GA  31192

FloraWest
2770 La Mirada Drive, Suite E
Vista, CA 92081

Florist De Kwakel BV
Postbus 3
1430 AA Aalsmeer
The Netherlands

FLORISTS' REVIEW
P.O. BOX 4368
TOPEKA, KS  66604-0368

FLOWERS BY LUIS
3517 ORANGE DRIVE
OXNARD, CA  93036

Freedom Farms
2897 Freedom Boulevard
Watsonville, CA 95076

GALLUP & STRIBLING ORCHIDS, INC.
3450 VIA REAL
CARPINTERIA, CA  93013

Gas Company
P.O. Box C
Monterey Park, CA 91756

GEMS GLOBAL, INC.
7205 CORPORATE CENTER DRIVE
SUITE 400
MIAMI, FL  33126

GOLD COAST REFRIGERATION
P.O. BOX 2584
HOLLISTER, CA  95024-2584

GREEN RUBBER KENNEDY AG LP
P.O. BOX 7488
SPRECKELS, CA  93962

GREEN VALLEY FLORAL
24999 POTTER ROAD
SALINAS, CA  93908

GREEN WASTE RECOVERY, INC.
1500 BERGER DRIVE
SAN JOSE, CA  95112

GROWER'S LOGISTIC, LLC
C/O ABINGDON BUSINESS CAPITAL
P.O. BOX 1646
CAMPBELL, CA  95009-1646

HANS BRAND
2000 CRAVENS LANE
CARPINTERIA, CA 93013

HORTICULTURAL LABOR SERVICES INC.
P.O. BOX 821
CARPINTERIA, CA  93014

IMPULSE INTERNET SERVICES, LLC
5383 HOLLISTER AVENUE, SUITE 240
GOLETA, CA  93111

IN MOTION INCORPORATED
PO BOX 6858
SAN JOSE, CA  95150-6858

JEREMY MURDOCK
3680 PUTA CREEK ROAD
WINTERS, CA  95694

JOHANNES FLOWERS
4998 FOOTHILL ROAD
CARPINTERIA, CA  93013

JOHN HENRY, an MPS COMPANY
5800 W. GRAND RIVER AVENUE
LANSING, MI  48906

JOY EQUIPMENT PROTECTION INC.
5661 CARPINTERIA AVENUE
CARPINTERIA, CA  93013

KENDALL FARMS
4230 WHITE LILAC
FALLBROOK, CA  92028

KITAYAMA BROTHERS
481 SAN ANDREAS ROAD
WATSONVILLE, CA  95076

Koen Pack
C/o First Capital
P.O. Box 643382
Cincinati, OH 45264-3382

KOPPERT BIOLOGICAL SYSTEMS, INC.
1502 OLD US-23
HOWELL, MI  48843

LANSPEED
100 NORTH HOPE AVENUE,  #20
SANTA BARBARA, CA  93110

LASER LABEL TECHNOLOGY
P.O. BOX 945837
ATLANTA, GA  30394

MARBORG DISPOSAL CO.
P.O. BOX 4127
SANTA BARBARA, CA  93140

Marinovich Cold Storage, Inc.
P.O. Box 1089
Watsonville, CA  95007

Maverlage International
Groenveldsdijk 44
Sint Maarten, The Netherlands

MCCONKEY CO.
P.O. BOX 1690
SUMNER, WA  98390

MELLANO & COMPANY
P.O. BOX 100
SAN LUIS REY, CA  92068

MELODY FARMS, LLC
3403 N.W. 82 AVENUE
SUITE 270 EAST
MIAMI, FL  33122

MERAS ENGINEERING, INC.
2401 EAST ORANGEBURG AVENUE
#675-102
MODESTO, CA  95355

MID VALLEY SUPPLY
220 B AIRPORT BOULEVARD
FREEDOM, CA  95019

MYERS WIDDERS GIBSON JONES & SCHNEI
5425 EVERGLADES STREET
VENTURA, CA  93006

MYRIAD FLOWERS INTERNATIONAL INC.
4601 FOOTHILL ROAD
CARPINTERIA, CA  93013

Netherland Bulb Company
13 McFadden Road
Easton, PA 18045

Nord Lommerse Flower Bulb Group
Grasweg 28A
1761 LH Anna Paulowna
Anna Paulowna, The Netherlands

NORTHERN SAFETY CO, INC.
P.O. BOX 4250
UTICA, NY  13504-4250

NPG CABLE, INC.
P.O. BOX 1604
MAMMOTH LAKES, MO  64502-1604

O & J GROWERS
1313 LAKE DRIVE
ENCINITAS, CA  92024

OCEAN BREEZE INTERNATIONAL
3910 NORTH VIA REAL
CARPINTERIA, CA  93013

OFFICE MAX CORP
263 SHUMAN BOULEVARD
NAPERVILLE, IL  60563

Onings BVS
2685 DJ Poeldijk
P.O. Box 52
Poeldijk, The Netherlands

Onings Holland, Inc.
P.O. Box 3227
Paso Robles, CA 93447

ONITSUKA GREENHOUSE
P.O. BOX 6819
SALINAS, CA  93912

OXNARD PALLET CO.
P.O. BOX 1748
OXNARD, CA  93032-1748

PACIFIC CUSTOMS BROKERS LTD
P.O. BOX 59
BLAINE, WA  98231-0559

PERRY LABORATORY
424 AIRPORT BOULEVARD
WATSONVILLE, CA  95076

PINDSTRUP MOSEBRUS A/S
PINDSTRUP
RYOMGAARD
THE NETHERLANDS

PITNEY BOWES
P.O. BOX 856460
LOUISVILLE, KY  40285-6460

POLYCOMP
6400 CANOGA AVENUE, SUITE 250
WOODLAND HILLS, CA  91367

POWER MACHINERY CENTER
3450 EAST CAMINO AVENUE
OXNARD, CA  93030-8809

PRAXAIR DISTRIBUTION INC.
DEPARTMENT LA 21511
DES MOINES, CA  91185-1511

PURE WATER
P.O. BOX 1090
SALINAS, CA  93902

QUALITY PACKAGING & SUPPLY INC.
2400 STATHAM BOULEVARD
OXNARD, CA 93033

Rabobank, N.A.
P.O. Box 6002
Arroyo Grande, CA 93421

RAINBOW PROTEA
1281 RAINBOW CREST ROAD
FALLBROOK, CA  92028

RASPY GROWERS
335 SANTA FE DRIVE
ENCINITAS, CA  92024

REFRIGIWEAR
P.O. BOX 39
DAHLONEGA, GA  30533

RETAINED EARNINGS
P.O. BOX 2118
SANTA BARBARA, CA  93120

RISDON'S AUTO CARE CENTER
516 PALM AVENUE, #G
CARPINTERIA, CA  93013

Robert Mann Packaging, Inc.
Department 34379
P.O. Box 39000
San Francisco, CA 94139

Ryder Transportation Service
Lockbox File 56347
Los Angeles, CA 90074

S & L SAFETY PRODUCTS
1412 14TH STREET
LOS OSOS, CA  93402

SAFEGUARD BUSINESS SYSTEMS, INC.
415 NORTH  A STREET
OXNARD, CA  93030

SB CO FLOWER & NURSERY GROWERS
P.O. BOX 1170
CARPINTERIA, CA  93014

SENSITECH
P.O. BOX 61000
DEPARTMENT 1157
SAN FRANCISCO, CA  94161

Sheffield Financial
P.O. Box 580229
Charlotte, NC 28258-0229

SHEPPARD, MULLIN, RICHTER & HAMPTON
1111 CHAPALA STREET, 3RD FLOOR
SANTA BARBARA, CA  93101

SOUTHERN CALIFORNIA EDISON
P.O. BOX 600
ROSEMEAD, CA  91771-0001

SOUTHERN FIBER, INC.
P.O. BOX 1000
LINCOLNTON, NC  28093

STAPLES CREDIT PLAN
P.O. BOX 689020
DES MOINES, IA  50368-9020

SUN VALLEY FLORAL FARMS
3160 UPPER BAY ROAD
ARCATA, CA  95521

SUNCOAST RENTALS
4745 CARPINTERIA AVENUE
CARPINTERIA, CA  93013

SYSTEM USA, INC.
P.O. BOX 777
WATSONVILLE, CA  95077

TAHOE INSTRUMENTS
P.O. BOX 846
NOVATO, CA  94948

TEMKIN INTERNATIONAL, INC.
213 SOUTH TEMKIN WAY
UTAH, UT  84651

TIP'S POOL SERVICE & REPAIR
P.O. BOX 7606
VENTURA, CA  93006

Toyota Financial Services
P.O. Box 60114
City of Industry, CA 91716-0114

TRANSAMERICA RETIREMENT SERVICES
1150 SOUTH OLIVE STREET
LOS ANGELES, CA  90015-2211

TWINS FLOWER GROWER
5600 AVENIDA ENCINAS, #42
CARLSBAD, CA  92008

UNIVAR OXNARD
2001 WILLIAMS DRIVE, SUITE 415
OXNARD, CA  93030

US AIRWAYS
P.O. BOX 731123
DALLAS, TX  75373

UTILITY COST MANAGEMENT, LLC
6475 NORTH PALM AVENUE, SUITE 105
FRESNO, CA  93704

VALLEY FLOWERS, INC.
P.O. BOX 1279
CARPINTERIA, CA  93014

Ventura Rental Center
3072 Telegraph Road
Ventura, CA 93003

VESTCOM RETAIL SOLUTIONS
P.O. BOX 416225
NEWARK, MA  02241-6225

Vista Energy Marketing, LP
Attn: Accounts Payable
3200 Southwest Freeway S
Houston, TX 77027

WELTY'S HILLTOP FLOWERS, INC.
P.O. BOX 1233
CARPINTERIA, CA  93014

WEST COAST REF. TRUCKING, INC.
P.O. BOX 6464
OXNARD, CA  93031

WEST FLOWER GROWERS
3623 ETTING ROAD
OXNARD, CA   93033

WESTERN AEROMEDICAL CONSORTIUM
P.O. BOX 3019
SANTA MARIA, CA   93457

WHOLESALE FLORIST & FLORIST SUPPLY
105 EASTERN AVENUE, SUITE 104
ANNAPOLIS, MD   21403

YOUNG'S TIRE SERVICE, INC.
36 PORTER DRIVE
WATSONVILLE, CA   95076-5223

Zabo Plant
555 Davidson Road
Pittsburgh, PA 15239