BEALL & BURKHARDT
WILLIAM C. BEALL, STATE BAR NO. 97100
ERIC W. BURKHARDT, STATE BAR NO. 132812
1114 STATE STREET
LA ARCADA BUILDING, SUITE 200
SANTA BARBARA, CALIFORNIA, 93101
(805) 966-6774, FAX (805) 963-5988

Proposed Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

In re

B and H Flowers, Inc.

         Debtor.

) Bk. No. 9:11-bk-12650-RR
) Chapter 11
)
) APPLICATION OF DEBTOR AND
) DEBTOR-IN-POSSESSION TO EMPLOY
) COUNSEL; DECLARATION OF ERIC
) W. BURKHARDT, ATTORNEY

No Hearing Set

  TO THE HONORABLE ROBIN RIBLET, UNITED STATES BANKRUPTCY JUDGE:

  The Application of B and H Flowers, Inc., debtor and debtor-in-possession, respectfully represents that:

  1. These proceedings were commenced by the filing of a Voluntary Petition under Chapter 11 of the *Bankruptcy Code* on June 3, 2011.

  2. No trustee has been appointed by the court and applicant remains as debtor-in-possession.

  3. Applicant wishes to employ the law firm of Beall & Burkhardt to represent it in this case for such fees as may be awarded upon application to this court and notice to creditors, as

1

provided for in §330 and §331 of the *Bankruptcy Code*. Beall & Burkhardt expects that the eventual compensation to be approved will be based upon a combination of factors, including but not necessarily limited to their customary hourly fees charged to clients who pay on a monthly basis, as those fees are adjusted from time to time, the experience and reputation of counsel, the time expended, the results achieved, the novelty and difficulty of the matters undertaken, including the time limitations imposed, any preclusion from other employment, any undesirability of the case, the nature and length of the professional relationship, and awards in similar cases.

    4. The employment of Beall & Burkhardt will be for all services arising in, arising under, or related to this Chapter 11 case. Such services include, but are not limited to:

- Advising the debtor generally concerning the rights, duties, and obligations of a debtor-in-possession under the *Bankruptcy Code*, the *Federal Rules of Bankruptcy Procedure*, and the requirements of the United States Trustee;
- Meeting with the debtor concerning the initial filing requirements of a Chapter 11 case;
- Representing the debtor in all hearings and meetings before the Bankruptcy Court;
- Prosecution and defense of appropriate adversary proceedings in the Bankruptcy Court;
- Prosecution of any claim objections;
- Preparation and prosecution of a Disclosure Statement and Plan of Reorganization; and

> Such other matters as shall normally arise in the conduct of the Chapter 11 case.

5. Beall & Burkhardt has specific expertise in bankruptcy matters. William C. Beall has represented numerous debtors, creditors, and trustees before this court. Eric W. Burkhardt has represented numerous debtors, creditors, and trustees before this court.

6. Beall & Burkhardt does not represent any interest adverse to this estate. Beall & Burkhardt is willing to serve as applicant's attorneys upon the above-stated terms and conditions.

7. A retainer of $100,000.00 has been paid in this case. William C. Beall's present hourly rate is $425.00 per hour. Eric W. Burkhardt's present hourly rate is $400.00 per hour. Carissa Horowitz' present hourly rate is $250.00 per hour. A firm resume and statement of their hourly rates is attached hereto as Exhibit A.

WHEREFORE, applicant prays that this court enter its order employing Beall & Burkhardt as applicant's attorneys in this Chapter 11 case.

Dated: 6/9, 2011

Respectfully Submitted,

_____
Hans Brand, Chief Executive Officer, B and H Flowers, Inc.

## DECLARATION OF ERIC W. BURKHARDT

I, Eric W. Burkhardt, declare and state as follows:

1. I am an attorney at law licensed in the State of California, duly admitted to practice in the Central District of California and in the above-entitled court and am a partner of the law firm of Beall & Burkhardt, the firm which the debtors desire to represent it in the above-entitled case. Each of the matters set forth below is stated of my own personal knowledge and if called as a witness, I could competently testify to each of them.

2. All attorneys at Beall & Burkhardt are experienced in bankruptcy proceedings and are familiar with the *Bankruptcy Code*, the *Bankruptcy Rules*, and the *Local Rules*, and Beall & Burkhardt is willing to accept as compensation such amount as may hereinafter be allowed by this court. We will petition the court for fees and will base our request upon those factors set forth in the application for our employment submitted concurrently herewith.

3. The hourly rate regularly charged by William C. Beall to our regularly paying clients is $425.00, the hourly rate regularly charged by Eric W. Burkhardt is $400.00, the hourly rate regularly charged by Carissa Horowitz is $250.00 and the hourly rate for Beall & Burkhardt's law clerk is $75.00. These rates may change from time to time. The hourly rate as the case progresses will be one of the factors upon which we will base our eventual requests for compensation.

4. Beall & Burkhardt received a pre-petition retainer of $100,000.00 paid to us by the debtor. The pre-petition retainer (other than the amount paid toward pre-petition fees and costs) has

been placed in our trust account to be disbursed only according to the US Trustee Guidelines and the local and national rules

5. We agree to comply with current United States Trustee Guidelines.

6. To the best of my knowledge, Beall & Burkhardt is not connected with the creditors, insiders, related entities, or any other party in interest or their respective attorneys, except as set forth below. We have no pre-petition claim against the debtor. Both partners of Beall & Burkhardt are disinterested persons as defined in 11 U.S.C. §101(13) and have no interest adverse to the estate.

7. A copy of our firm resume is attached.

8. Beall & Burkhardt has represented numerous banks after the inception of the firm in 1993, and the attorneys of the firm represented various banks prior to the formation of the firm. Neither of the partners is fully aware of the mergers and acquisitions that have occurred in the banking industry, so connections between banks may exist which are not known to declarant.

9. Beall & Burkhardt represented Santa Barbara Bank & Trust with regard to several minor matters in the early years of the 21st century. Declarant is unsure whether Santa Barbara Bank & Trust was part of Pacific Capital Bancorp at that time, and is unsure whether First Bank of San Luis Obispo, the lender in this case, was a dba, wholly owned subsidiary, or other division of Pacific Capital Bancorp at the time of the prior representation. Through some retirement vehicle, Mr. Beall once owned shares in Santa Barbara Bank & Trust, or Pacific Capital Bancorp, or possibly first

one then the other. Mr. Burkhardt's ex-wife briefly was employed by Santa Barbara Bank & Trust in the late 80's or early 90's.

10. Beall & Burkhardt represented City Commerce Bank often in the 1990's. City Commerce merged into Mid State Bank which merged into Rabobank.

11. Beall & Burkhardt represented Business First Bank some years ago on several matters. He also held shares in Business First Bank. Business First has merged into Heritage Oaks and as part of that merger, Mr. Beall owns 287 shares of Heritage Oaks, which is worth less than $500 currently.

12. Beall & Burkhardt represented Camarillo Community Bank in the 90's, I believe. I am unaware of Camarillo Community Bank's further history, but suspect it was merged into some other bank.

13. Beall & Burkhardt (or possibly Mr. Beall before the firm was formed) represented both County Bank and Santa Barbara Savings in the late 80's or early 90's. I believe both County Bank and Santa Barbara Savings were taken over by the FSLIC or RTC. I do not know what financial institution purchased the assets of either.

14. Community West Bank (formerly Goleta National Bank) called Mr. Beall several times seeking representation, but conflicts always prevented representation, to the best of his memory. The same has been true of the Federal Land Bank, also known as Farm Credit. However, Mr. Burkhardt has represented Community West Bank on a few occasions.

15. Beall & Burkhardt represented Montecito Bank & Trust on a matter in the 90's. Mr. Beall's father-in-law serves on the Board of Directors of that Bank. His wife was a shareholder in Montecito Bank & Trust before their marriage in 1982.

16. Beall & Burkhardt represented First Interstate Bank sometime long ago. I am unsure which banking organization purchased First Interstate.

17. Beall & Burkhardt represented Bank of America as Trustee for the benefit of others on a matter in the 90's. To the best of my knowledge, Beall & Burkhardt has never represented Bank of America in its own capacity.

18. Beall & Burkhardt has, in the long past, represented various other financial institutions which, to the best of my knowledge, no longer exist. They include at least First State Bank of the Oaks, La Cumbre Savings & Loan, First National Bank of Ventura and Los Padres Savings Bank. I have no knowledge of whether any of the above institutions has merged into some institution which is a creditor in this case.

19. Beall & Burkhardt represented Coastal Bank of Georgia briefly in 2010.

20. Beall & Burkhardt currently represents American Riviera Bank, Mission Community Bank, Santa Barbara County Federal Credit Union and Bank of Santa Barbara on various matters. Bank of Santa Barbara was formerly owned by Capital Bancorp of Michigan. I have no knowledge of what other banks, if any, have merged with or are part of Pacific Capital Bancorp.

21. Mr. Burkhardt formerly worked at Archbald & Spray (September 1989 through November 1992) and Seed, Mackall & Cole (December 1987 through August 1989). Both of those firms represented various banks or savings and loans and Mr. Burkhardt handled some relief from stay matters and other minor matters during that time.

7

1 |     I declare under penalty of perjury that the foregoing is true
2 | and correct.

4 | Dated: __6/7__, 2011

Eric W. Burkhardt

**BEALL & BURKHARDT**
*Attorneys At Law*
1114 STATE STREET
LA ARCADA BUILDING, SUITE 200
SANTA BARBARA, CALIFORNIA 93101

WILLIAM C. BEALL
ERIC W. BURKHARDT
CARISSA N. HOROWITZ

AREA CODE 805
TELEPHONE 966-6774
FACSIMILE 963-5988

# FIRM RESUME

## WILLIAM C. BEALL, PARTNER

William C. Beall was a graduate of Yale Law School in 1980 and was admitted to practice before the Supreme Court of the State of California in 1981. After two years in a clerkship before the Honorable Leland C. Nielson in the Southern District of California, in which William C. Beall acquired certain familiarity with bankruptcy matters, he entered into the private practice of law at Michaelson, Susi & Michaelson. In January, 1988, William C. Beall entered into the sole practice of law. In January, 1993, William C. Beall and Eric W. Burkhardt formed the partnership of Beall & Burkhardt. From December, 1982, through the present, William C. Beall has practiced exclusively in the area of bankruptcy and other related debtor/creditor problems.

## ERIC W. BURKHARDT, PARTNER

Eric W. Burkhardt was a "Cum Laude" graduate of Pepperdine University Law School in 1987 and was admitted to practice before the Supreme Court of the State of California in the same year. He first entered into private practice with the law firm of Seed, Mackall & Cole in 1987. In 1989, he joined the law firm of Archbald & Spray. In January, 1993, Eric W. Burkhardt and William C. Beall established the partnership of Beall & Burkhardt. From 1990 through the present, a substantial portion of Eric W. Burkhardt's practice has been in the area of bankruptcy, other related debtor/creditor problems, and real estate workouts. The vast majority of the other portion of Mr. Burkhardt's practice is in the area of real estate transactional matters including purchase and sale agreements, leases, and financing.

## CARISSA N. HOROWITZ, ASSOCIATE

Carissa N. Horowitz was a graduate of Whittier Law School in 2010 and was admitted to practice before the Supreme Court of California and before the District Court for the Central District of California in 2010. From January, 2010 until December, 2010 Carissa N. Horowitz worked with the United States Bankruptcy Court for the Central District of California, acquiring certain familiarity with bankruptcy matters. Carissa N. Horowitz joined Beall & Burkhardt in January 2011, and since that time has practiced largely in the debtor/creditor area.

**EXHIBIT A-1**

WILLIAM C. BEALL
ERIC W. BURKHARDT
CARISSA HOROWITZ

**BEALL & BURKHARDT**
*Attorneys At Law*
1114 STATE STREET
LA ARCADA BUILDING, SUITE 200
SANTA BARBARA, CALIFORNIA 93101

AREA CODE 805
TELEPHONE 966-6774
FACSIMILE 963-5988

# RATE SCHEDULE

## WILLIAM C. BEALL, PARTNER
**Hourly Billing Rates**

| | |
|---|---|
| January 2009 through December 2010 | $395.00 |
| January 2011 through present | $425.00 |

## ERIC W. BURKHARDT, PARTNER
**Hourly Billing Rates**

| | |
|---|---|
| January 2009 through December 2010 | $375.00 |
| January 2011 through present | $400.00 |

## CARISSA N. HOROWITZ, ASSOCIATE
**Hourly Billing Rates**

| | |
|---|---|
| January 2011 through present | $250.00 |

## COSTS AND EXPENSES

| | |
|---|---|
| Auto mileage | $ .38 per mile |
| Photocopies | $ .25 per page |
| Outside photocopies billed at actual cost | |

**EXHIBIT A-2**

| In re:<br>B and H Flowers, Inc.<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 9:11-bk-12650-RR |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1114 State Street, Suite 200, Santa Barbara, CA 93101

A true and correct copy of the foregoing document described **Application of Debtor and Debtor-In-Possession to Employ Counsel; Declaration of Eric W. Burkhardt** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____06/16/2011_____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

    Andrew K Alper    aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com
    Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
    Craig A Loren    aloren@debtacquisitiongroup.com; bschwab@debtacquisitiongroup.com;
                     jsarachek@debtacquisitiongroup.com
    United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 06/16/2011 | Carissa N. Horowitz | _(signature)_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                    F 9013-3.1