**BEALL & BURKHARDT**
WILLIAM C. BEALL, STATE BAR NO. 97100
ERIC W. BURKHARDT, STATE BAR NO. 132812
CARISSA N. HOROWITZ, STATE BAR NO. 274814
1114 STATE STREET
LA ARCADA BUILDING, SUITE 200
SANTA BARBARA, CALIFORNIA, 93101
(805) 966-6774, FAX (805) 963-5988

FILED
JUL 27
CENTRAL DISTRICT OF [CA]

Attorneys for Debtor

JUL 27 2011

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re | ) Bankruptcy No. 9:11-bk-12650-RR |
| | ) Chapter 11 |
| B AND H FLOWERS, INC., a | ) |
| California Corporation | ) **ORDER GRANTING INSIDER** |
| | ) **COMPENSATION** |
| Debtor. | ) |
| | ) Date:  July 27, 2011 |
| | Time:  10:00 a.m. |
| | Place: 1415 State Street |
| | Courtroom 201 |
| | Santa Barbara, CA 93101 |

This cause came on for hearing at the above place, on July 27, 2011 at 10:00 a.m. with the Honorable Robin Riblet presiding. Eric W. Burkhardt of Beall & Burkhardt appeared on behalf of the debtor and debtor-in-possession, B and H Flowers, Inc. ("Debtor"), and other appearances are as set forth in the Reporter's Transcript.

The Court, having considered the papers and pleadings on file, along with the arguments of counsel, HEREBY ORDERS AS FOLLOWS:

1. Insider and Chief Executive Officer Hans Brand shall be
   paid an annual salary of $220,000 in addition to use of

1

    the company car and payment of medical insurance in the amount of $115 a month.

2. Insider and senior grower Jan Brand shall be paid an annual salary of $45,000 plus his annual medical insurance premiums of $4408.

    IT IS SO ORDERED.

Dated: July 27, 2011

                                                                     *Robin Riblet*
                                                          Honorable Robin Riblet
                                                          United States Bankruptcy Judge

Case 9:11-bk-12650-RR    Doc 71    Filed 07/27/11    Entered 07/27/11 12:16:17    Desc
                        Main Document      Page 3 of 3

| In re: | | CHAPTER: 11 |
|---|---|---|
| B and H Flowers, Inc. | Debtor(s) | CASE NUMBER 9:11-bk-12650-RR |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER GRANTING INSIDER COMPENSATION** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 7/26/2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**Andrew K Alper**, on behalf of Rabobank - aalper@frandzel.com, efiling@frandzel.com; ekidder@frandzel.com
**Brian D Fittipaldi**    brian.fittipaldi@usdoj.gov
**United States Trustee (ND)** - ustpregion16.nd.ecf@usdoj.gov
**Craig A Loren** - aloren@debtacquisitiongroup.com; bschwab@debtacquisitiongroup.com; jsarachek@debtacquisitiongroup.com
**Sandra McBeth**, on behalf of Onings Holland, Inc. - donna@mcbethlegal.com
**Peter L Duncan** on behalf of Flamingo Holland, Inc. - peterd@psdslaw.com, chelam@psdslaw.com
**Thomas P House** - tomhouse@attorneyhouse.com
**Peter Susi** - cheryl@msmlaw.com, peter@msmlaw.com
**Raymond A Policar** - policarlaw@att.net

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009*

3