PETER C. ANDERSON
UNITED STATES TRUSTEE
Jennifer L. Braun
Assistant United States Trustee
Brian D. Fittipaldi, CA State Bar No. 146864
Trial Attorney
United States Department of Justice
**OFFICE OF THE UNITED STATES TRUSTEE**
128 East Carrillo Street
Santa Barbara, California 93101
Telephone: (805) 957-4100; Facsimile: (805) 957-4103
Email: Brian.Fittipaldi@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### NORTHERN DIVISION

| | |
|---|---|
| **In re:** | Case No. 9:11-bk-12650-RR |
| | **Chapter 11** |
| **B and H Flowers, Inc.,** | |
| | **APPOINTMENT AND NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |
| **Debtor.** | |

Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following five (5) creditors to serve on the Committee of Creditors holding unsecured claims:

SEE EXHIBIT A ATTACHED

Dated: August 4, 2011          OFFICE OF THE UNITED STATES TRUSTEE

                              By: /s/ Jennifer L. Braun
                                  Jennifer L. Braun
                                  Assistant U.S. Trustee

B and H Flowers, Inc.
**ND 11-12650-RR**

(1) Crop Production Services, Inc.
Mark Solberg
Area Credit Manager
7815 N. Palm Avenue, Ste. 410
Fresno, CA 93711
Phone:   559-436-2902
E-mail: marc.solberg@cpsagu.com

(2) Flamingo Holland, Inc.
Robin Van Der Schaaf
Vice President
1250 Avenida Chelsea
Vista, CA 92081
Phone: 760-734-1033
E-mail: Robin@flamingoholland.com

(3) Onings Holland, Inc.
Henk Onings
General Manager
P.O. Box 3227
Paso Robles, CA 93447
Phone: 805-227-6198
E-mail: Henry@usa.onings.com

(4) Zabo Plant, Inc.
Frank Veul
Vice President
555 Davidson Road
Pittsburgh, PA 15239
Phone: 724-327-0669
E-mail: zaboplant@att.net

(5) Netherland Bulb Company, Inc.
Tony Cutrino
3512 Business Center Drive
Chesapeake, VA 23323
Phone: 757-553-6287
E-mail: tcutrino@wrvanderschoot.com

# EXHIBIT A