**BEALL & BURKHARDT**
WILLIAM C. BEALL, STATE BAR NO. 97100
ERIC W. BURKHARDT, STATE BAR NO. 132812
CARISSA N. HOROWITZ, STATE BAR NO. 274814
1114 STATE STREET
LA ARCADA BUILDING, SUITE 200
SANTA BARBARA, CALIFORNIA, 93101
(805) 966-6774, FAX (805) 963-5988

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

In re                                    ) Bankruptcy No. 9:11-bk-12650-RR
                                         ) Chapter 11
B AND H FLOWERS, INC.,                   )
                                         ) **NOTICE OF SUPPLEMENTAL**
              Debtor.                    ) **APPLICATION OF DEBTOR AND**
                                         ) **DEBTOR-IN-POSSESSION TO EMPLOY**
_____) **MYERS, WIDDERS, GIBSON, JONES &**
                                           **SCHNEIDER, LLP AS SPECIAL**
                                           **COUNSEL**

No Hearing Set

TO THE UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that debtor and debtor-in-possession, B and H Flowers, Inc., is seeking approval of its Supplemental Application to Employ Myers, Widders, Gibson, Jones & Schneider, LLP of Ventura, California to represent it in this Chapter 11 case at the expense of the estate. The additional employment of Myers, Widders, Gibson, Jones & Schneider, LLP, will be for corporate business and litigation services.

No retainer has been received by Myers, Widders, Gibson, Jones & Schneider, LLP from the debtor. All fees for representation of the debtor are to be paid only as approved by the court after a fee

1

1 application and hearing under 11 U.S.C. 330, other than as allowed
2 pursuant to the US Trustee Professional Fee Statement Guidelines.
3     Any creditor wishing to review the Supplemental Application
4 may examine the copy on file with the United States Bankruptcy
5 Court, 1415 State Street, Santa Barbara, California, 93101, or may
6 request a copy from the undersigned. Any objection to the
7 Application should be in writing, filed with the court and served
8 upon the applicant not later than fourteen(14) days, plus three
9 days for mailing, from the date of this notice. Any objection not
10 so filed and served may be deemed waived.

Respectfully submitted,

Dated: 9/22, 2011    BEALL & BURKHARDT

By: _____
Eric W. Burkhardt, Counsel for
B and H Flowers, Debtor

| In re:          B and H Flowers, Inc. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 9:11-bk-12650-RR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1114 State Street, Suite 200, Santa Barbara, CA 93101

A true and correct copy of the foregoing document described as **Notice of Supplemental Application of Debtor and Debtor-in-Possession to Employ Myers, Widders, Gibson, Jones & Schneider, LLP as Special Counsel** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 09/22/2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Andrew K Alper**, on behalf of Rabobank - aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com
**Brian D Fittipaldi**    brian.fittipaldi@usdoj.gov    **United States Trustee (ND)** - ustpregion16.nd.ecf@usdoj.gov
**Craig A Loren** - aloren@debtacquisitiongroup.com;bschwab@debtacquisitiongroup.com;
    jsarachek@debtacquisitiongroup.com
**Sandra McBeth**, on behalf of Onings Holland, Inc. - donna@mcbethlegal.com
**Peter L Duncan** on behalf of Flamingo Holland, Inc. - peterd@psdslaw.com, chelam@psdslaw.com
**Thomas P House** - tomhouse@attorneyhouse.com    **Peter Susi**    cheryl@msmlaw.com, peter@msmlaw.com
**Raymond A Policar**    policarlaw@att.net

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 09/22/2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See Attached List**

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 09/22/2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Honorable Robin Riblet
U.S. Bankruptcy Court
1415 State Street
Santa Barbara, CA 93101

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 09/22/2011 | Carissa N. Horowitz | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 9013-3.1**

| In re: B and H Flowers, Inc.  Debtor(s). | CHAPTER 11  CASE NUMBER 9:11-bk-12650-RR |
|---|---|

## COMMITTEE OF CREDITORS

Crop Production Services, Inc.
Attention: Mark Solberg
7815 North Palm Avenue, Suite 410
Fresno, CA 93711

Flamingo Holland, Inc.
Attention: Robin Van Der Schaaf, Vice President
1250 Avenida Chelsea
Vista, CA 92081

Onings Holland, Inc.
Attention: Henk Onings, General Manager
P.O. Box 3227
Paso Robles, CA 93447

Zabo Plant, Inc.
Attention: Frank Veul, Vice President
555 Davidson Road
Pittsburgh, PA 15239

Netherland Bulb Company, Inc.
Attention: Tony Cutrino
3512 Business Center Drive
Chesapeake, VA 23323

## ATTORNEYS FOR CREDITORS' COMMITTEE

Andrew Goodman
Jeremy Faith
Goodman Faith, LLP
21550 Oxnard Street, Suite 830
Woodland Hills, CA 91367

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1